UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

ANTHONY SADLER                                                                                          PLAINTIFF

v.                                                                             CIVIL ACTION NO: 5:21-CV-P63-JHM

WELLPATH et al.                                                                                       DEFENDANTS

## JUDGMENT

Defendants' motion for summary judgment having been granted, and being otherwise sufficiently advised,

**IT IS ORDERED** that **JUDGMENT** is entered for Defendants.

There being no just reason for delay in its entry, this is a **final** Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith.

Date:   September 1, 2023

*[signature]*
Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:     Plaintiff, *pro se*
        Counsel of record
4414.009